UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$39,510.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | No. CV 16-9505 PA (JEMx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

　　　Plaintiff and potential Claimant Ciera A. Marcano ("Claimant") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.  The defendant currency was seized from Claimant, and she asserts an interest in the defendant currency but has not filed a claim in this case and has not answered the complaint.  Absent this agreement, Claimant would have filed a claim.  No other claims or answers were filed, and the time for filing claims and answers has expired.

　　　The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES:**

　　　1.　　The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules

for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant has not filed a claim or an answer to contest the forfeiture of the defendant currency. No other claims were filed, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant currency. Any potential claimants to the defendant currency other than Claimant are deemed to have admitted the allegations of the complaint with respect to the defendant currency. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant Ciera A. Marcano, nor can this consent judgment be admissible in any criminal proceeding against the Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the defendant currency.

2. The following shall be returned to Claimant as follows:

    a. $5,000.00, without interest, will be returned to Ciera A. Marcano.

The United States shall return the above-listed asset in Paragraph 2 not later than 45 days after (a) the court enters this Consent Judgment and (b) Claimant provides to the government the bank routing and personal identifiers needed to effect a wire transfer of any returned funds, whichever is later. If the United States elects to make the payment by check, the check will be payable to "The Lentz Law Firm Trust Account," and mailed to Ciera A. Marcano, in care of her attorney, Jacek Lentz, The Lentz Law Firm, 1200 Wilshire Blvd., Ste 406, Los Angeles, California 90017. If the United States elects to make the payment by wire transfer, the funds will be wire transferred to "The Lentz Law Firm Client Trust Account."

3. The following currency shall be forfeited to the United States, and no other right, title or interest shall exist therein. The Government shall dispose of the following according to law:

    a.   $34,510.00.

4. Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant currency and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimants against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Claimant has waived any rights she may have to seek remission or mitigation of the forfeiture.

5. The court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action as to the defendant currency. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant currency.

/ / /

/ / /

6. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

DATED: May 3, 2017

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Prepared by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Jonathan Galatzan
JONATHAN GALATZAN

Assistant United States Attorney
Asset Forfeiture Section